No. 85–5622.   HUTCHINGS VON LUDWITZ v. UNITED STATES PAROLE COMMISSION.   C. A. D. C. Cir.   Certiorari denied.

No. 84–6838.   BARRETT v. UNITED STATES CUSTOMS SERVICE ET AL.   C. A. 5th Cir.   Motion of petitioner for reconsideration of order denying leave to proceed *in forma pauperis* granted, and order entered October 7, 1985 [*ante*, p. 812], denying leave to proceed *in forma pauperis* vacated.   Certiorari denied. ■